Sucesion Igaravídez et al., Demandantes y Apelantes, *v.* Rubert Hermanos et al., Demandados y Apelados.

Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª., en un caso sobre devolución de bienes.

Moción de la parte apelada para que se desestime la apelación.

No. 1024.—Resuelto en marzo 9, 1914.

Desestimación de Apelación—Notificación del Escrito de Apelación a una Parte Rebelde.—Envolviendo la moción de la parte apelada para que se desestime esta apelación por no haber sido notificado el escrito de apelación a una parte demandada rebelde un examen de los méritos del caso, la corte resuelve denegar la moción sin perjuicio de considerarla en la vista del recurso.

Los hechos están expresados en la opinión.

Abogados de los apelantes: *Sres. Savage y Francis y Rafael López Landrón.*

Abogados de los apelados: *Sres. Alvarez Nava y Domínguez.*

El Juez Asociado Sr. Wolf, emitió la opinión del tribunal.

En 31 de enero de 1911, este tribunal dictó una orden aplazando la resolución de una moción que se presentó para desestimar la apelación, hasta que el caso fuera sometido en su totalidad a la consideración de la corte. Los apelados formulan ahora nuevamente su moción pero en ella solamente alegan que los autos están en conjunto ante la corte y hacen referencia a ciertas constancias de los mismos fundándose en que el tribunal hallará que toda la cuestión se encuentra expresada en los documentos o partes de dichos autos a los cuales se hace especial mención. La cuestión envuelta en la moción se refiere al hecho de si la apelación fué notificada a determinadas partes. Los apelantes alegan varias cuestiones relativas a ciertas omisiones en que incurrieron los apelados por las que estaban impedidos de solicitar la desestimación de la apelación, así como también con respecto a la cuestión de si era necesario notificar a las partes que se alega que no fueron notificadas, puesto que los apelantes no habían sido notificados de la presentación de la demanda enmendada. Los méritos del caso están al parecer más o menos comprendidos en la cuestión. De todos modos no vemos que exista alguna razón para modificar la resolución dictada anteriormente por este tribunal y debe desestimarse la moción sin perjuicio de que podamos considerar dicha moción en la celebración de la vista de la apelación.

*Denegada la moción.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados del Toro y Aldrey.